AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| UNGARO, URSULA | UNITED STATES DISTRICT COURT | 04/17/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

400 N. MIAMI AVENUE
ROOM 12-4
MIAMI, FLORIDA 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Franklin Valuemark IV Annuity | | None | | | Sold | 01/01/13 | M | A | |
| 2.   MetLife Vintage 3 Annuity | | None | M | T | Buy | 01/01/13 | M | | |
| 3.   Smith Barney Money Market | A | Interest | | | Sold | 09/11/13 | M | A | |
| 4.   Miami Dade Co. Fla. Waste Sys Bond | B | Interest | | | Matured | 09/01/13 | K | A | |
| 5.   Okaloosa CNty Fla Wtr & Sewer Bond | B | Interest | | | Sold | 10/10/13 | K | A | |
| 6.   Tallahassee, Fla. Fla Cap Bond | B | Interest | | | Sold | 10/10/13 | K | A | |
| 7.   Miami-Dade County Stormwater Util. Bond | A | Interest | | | Sold | 10/10/13 | K | A | |
| 8.   Chicago Ill PJ-Ser C | A | Interest | | | Sold | 10/10/13 | K | A | |
| 9.   Davenport Iowa Gen. Oblig Bond | A | Interest | | | Sold | 10/10/13 | J | A | |
| 10.   Miami-Dade Co. Fla. ExpyToll Sys Bond | B | Interest | | | Sold | 10/10/13 | K | A | |
| 11.   Illinois Ser A U/T Bond | B | Interest | | | Sold | 10/10/13 | K | A | |
| 12.   Houston, Tex. Util Sys Rev. Bond | A | Interest | J | T | | | | | |
| 13.   Orlando Fl Cap Impvmt Spl Rev Bond | A | Interest | | | Sold | 10/10/13 | K | A | |
| 14.   Pa.StHigher Ed Auth Rev Bond | A | Interest | K | T | | | | | |
| 15.   Wisc St Transp Rev bond | A | Interest | K | T | | | | | |
| 16.   Mia Bch Parking Rev Ser B bond | A | Interest | | | Sold | 10/10/13 | K | A | |
| 17.   MiaDade Sp Oblig Cap Asset Aqu-E Bond | A | Interest | | | Sold | 10/10/13 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Collin Co TexPerm Imp Bond | A | Interest | | | Sold | 10/10/13 | K | A | |
| 19. Sarasota Cty Infrstrct Sales surtax Bond | A | Interest | | | Sold | 10/10/13 | K | A | |
| 20. Fla. St. Bd Gov FAU Dorm Rev Bond | A | Interest | | | Sold | 10/10/13 | J | A | |
| 21. Hillsborough Cty Cmny Invt Tax Rev bond | A | Interest | | | Sold | 10/10/13 | K | A | |
| 22. North Harris Mont Cmty CLG DT Tex Rev Bond | B | Interest | | | Sold | 10/10/13 | K | A | |
| 23. Fla.Dept Env Prot Bond | A | Interest | | | Sold | 10/10/13 | K | A | |
| 24. Palm Bch Co. Sch Bd. | B | Interest | | | Sold | 10/10/13 | K | A | |
| 25. Western Ill Rev Aux Facs Sys | A | Interest | | | Sold | 10/10/13 | J | A | |
| 26. First Fla. Gov Comm RE OID | A | Interest | | | Sold | 10/10/13 | J | A | |
| 27. Jersey City NJ Gen Obl Ref-Qual Gen Impt Ser A | A | Interest | | | Sold | 10/10/13 | K | A | |
| 28. Brwd Co. Fl Port FACS Rev | A | Interest | | | Sold | 10/10/13 | K | A | |
| 29. Ill. St. Sales Tax Rev | A | Interest | | | Sold | 10/10/13 | J | A | |
| 30. Orange Co.Tourist Dev. Tax | A | Interest | | | Sold | 10/10/13 | J | A | |
| 31. Fla. St. Bd. Gov. FAU Dorm Rev Ref-B | A | Interest | | | Sold | 10/10/13 | J | A | |
| 32. Miami Pkg Sys. Rev Ref | A | Interest | | | Sold | 10/10/13 | J | A | |
| 33. Fla St Bd Gov FIU D | A | Interest | | | Sold | 10/10/13 | J | A | |
| 34. Univ Ark RE OID | A | Interest | | | Sold | 10/10/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allegheny Co Pa | A | Interest | | | Sold | 10/10/13 | J | A | |
| 36. Wisc Gen Oblig A | A | Interest | | | Sold | 10/10/13 | J | A | |
| 37. Allegheny Co Pa Gen Oblig | A | Interest | | | Sold | 10/10/13 | J | A | |
| 38. Washington St Var Purp-A | A | Interest | | | Sold | 10/10/13 | J | A | |
| 39. Jacksonville Fl Sp Rev A | A | Interest | | | Sold | 10/10/13 | J | A | |
| 40. Muni Cash Trust | A | Interest | K | T | Buy | 09/11/13 | K | | |
| 41. Alaska Mun Bd Bk Alaska Mun Bd | A | Interest | K | T | Buy | 11/01/13 | K | | |
| 42. Edgewood Tex Indpt Sch Dist Be | A | Interest | K | T | Buy | 11/08/13 | K | | |
| 43. Harris Cnty Tex | A | Interest | J | T | Buy | 10/24/13 | J | | |
| 44. Ivy Tech Cmnty College Ind | A | Interest | K | T | Buy | 10/30/13 | K | | |
| 45. King Cnty Wash Sch Dist No 409 | A | Interest | K | T | Buy | 12/10/13 | K | | |
| 46. King Cnty Was Swr Rev | A | Interest | K | T | Buy | 11/08/13 | K | | |
| 47. Mesa Cnty Colo Vy Sch Dist No | A | Interest | K | T | Buy | 10/22/13 | K | | |
| 48. New York St Dorm Auth Sales Ta | A | Interest | K | T | Buy | 10/17/13 | K | | |
| 49. Northern Mun Pwr Agy Minn Elec | A | Interest | K | T | Buy | 11/06/13 | K | | |
| 50. Oregon St For Issues Drt Prior | A | Interest | K | T | Buy | 10/24/13 | K | | |
| 51. Snohomish Cnty Wash Pub Util D | A | Interest | K | T | Buy | 11/06/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Texas St | A | Interest | J | T | Buy | 12/19/13 | J | | |
| 53. West Virginia St Wtr Dev Auth | A | Interest | K | T | Buy | 10/30/13 | K | | |
| 54. DFA US Core Equity 1 Fund | | None | K | T | Buy | 12/23/13 | K | | |
| 55. DFA US Core Equity 2 Fund | | None | L | T | Buy | 12/23/13 | L | | |
| 56. DFA US Micro Cap Fund | | None | K | T | Buy | 12/23/13 | K | | |
| 57. DFA International Core Equity Fund | | None | L | T | Buy | 12/23/13 | L | | |
| 58. DFA Emerging Markets Core Equity Fund | | None | K | T | Buy | 12/23/13 | K | | |
| 59. Aberdeen Emerging Markets Fund | A | Int./Div. | | | Buy | 09/25/13 | J | | |
| 60. | A | Int./Div. | | | Buy (add'l) | 09/26/13 | J | | |
| 61. | A | Int./Div. | | | Buy (add'l) | 10/11/13 | K | | |
| 62. | A | Int./Div. | | | Sold | 12/23/13 | K | A | |
| 63. TCW Emerging Markets Income Fund | A | Int./Div. | K | T | Buy | 11/01/13 | K | | |
| 64. Fidelity Advisor Emerging Markets Fund | A | Int./Div. | | | Buy | 09/25/13 | J | | |
| 65. | A | Int./Div. | | | Buy (add'l) | 09/26/13 | J | | |
| 66. | A | Int./Div. | | | Buy (add'l) | 10/11/13 | K | | |
| 67. | A | Int./Div. | | | Sold | 11/01/13 | K | A | |
| 68. Franklin High Income Fund | A | Int./Div. | | | Buy | 09/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Int./Div. | | | Buy (add'l) | 09/26/13 | J | | |
| 70. | A | Int./Div. | | | Sold (part) | 10/09/13 | J | A | |
| 71. | A | Int./Div. | | | Buy (add'l) | 10/11/13 | K | | |
| 72. | A | Int./Div. | | | Sold | 12/23/13 | K | B | |
| 73. Franklin High Yield Tax-Free Inc Fund | A | Int./Div. | K | T | Buy | 12/23/13 | K | | |
| 74. Templeton Global Bond Fund | A | Int./Div. | L | T | Buy | 09/25/13 | K | | |
| 75. | A | Int./Div. | L | T | Buy (add'l) | 09/26/13 | J | | |
| 76. | A | Int./Div. | L | T | Buy (add'l) | 10/11/13 | K | | |
| 77. | A | Int./Div. | L | T | Buy (add'l) | 11/18/13 | J | | |
| 78. Accenture PLC | A | Dividend | | | Buy | 10/11/13 | J | | |
| 79. Accenture PLC | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 80. Alliant Techsystems Inc | A | Dividend | | | Buy | 10/11/13 | J | | |
| 81. Alliant Techsystems Inc | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 82. Apple Inc | A | Dividend | | | Buy | 10/11/13 | J | | |
| 83. Apple Inc | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 84. AT&T Inc | A | Dividend | | | Buy | 10/11/13 | J | | |
| 85. AT&T Inc | A | Dividend | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Charles Schwab Corp | A | Dividend | | | Buy | 10/11/13 | J | | |
| 87. Charles Schwab Corp | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 88. Chevron Corp | A | Dividend | | | Buy | 10/11/13 | J | | |
| 89. Chevron Corp | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 90. Cisco Systems Inc | A | Dividend | | | Buy | 10/11/13 | J | | |
| 91. Cisco Systems Inc | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 92. ConocoPhillips | A | Dividend | | | Buy | 10/11/13 | J | | |
| 93. ConocoPhillips | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 94. Core Laboratories N.V. | A | Dividend | | | Buy | 10/11/13 | J | | |
| 95. Core Laboratories N.V. | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 96. Diamond Offshore Drilling, Inc | A | Dividend | | | Buy | 10/11/13 | J | | |
| 97. Diamond Offshore Drilling, Inc | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 98. Eli Lilly and Company | A | Dividend | | | Buy | 10/11/13 | J | | |
| 99. Eli Lilly and Company | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 100. Energizer Holdings, Inc. | A | Dividend | | | Buy | 10/11/13 | J | | |
| 101. Energizer Holdings, Inc. | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 102. Estee Lauder Cos Inc | A | Dividend | | | Buy | 10/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Estee Lauder Cos Inc | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 104.  HCP Inc | A | Dividend | | | Buy | 10/11/13 | J | | |
| 105.  HCP Inc | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 106.  Health Care REIT, Inc. | A | Dividend | | | Buy | 10/11/13 | J | | |
| 107.  Health Care REIT, Inc. | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 108.  Intel Corp | A | Dividend | | | Buy | 10/11/13 | J | | |
| 109.  Intel Corp | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 110.  Johnson & Johnson | A | Dividend | | | Buy | 10/11/13 | J | | |
| 111.  Johnson & Johnson | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 112.  JPMorgan Chase & Co | A | Dividend | | | Buy | 10/11/13 | J | | |
| 113.  JPMorgan Chase & Co | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 114.  Microsoft Corporation | A | Dividend | | | Buy | 10/11/13 | J | | |
| 115.  Microsoft Corporation | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 116.  NextEra Energy Inc | A | Dividend | | | Buy | 10/11/13 | J | | |
| 117.  NextEra Energy Inc | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 118.  Nu Skin Enterprises, Inc. | A | Dividend | | | Buy | 10/11/13 | J | | |
| 119.  Nu Skin Enterprises, Inc. | A | Dividend | | | Sold | 12/23/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Qualcomm, Inc. | A | Dividend | | | Buy | 10/11/13 | J | | |
| 121. Qualcomm, Inc. | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 122. Raytheon Company | A | Dividend | | | Buy | 10/11/13 | J | | |
| 123. Raytheon Company | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 124. Roper Industries, Inc. | A | Dividend | | | Buy | 10/11/13 | J | | |
| 125. Roper Industries, Inc. | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 126. Royal Dutch Shell PLC | A | Dividend | | | Buy | 10/11/13 | J | | |
| 127. Royal Dutch Shell PLC | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 128. Seadrill Ltd | A | Dividend | | | Buy | 10/11/13 | J | | |
| 129. Seadrill Ltd | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 130. Starbucks Corporation | A | Dividend | | | Buy | 10/11/13 | J | | |
| 131. Starbucks Corporation | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 132. Sturm, Ruger & Company | A | Dividend | | | Buy | 10/11/13 | J | | |
| 133. Sturm, Ruger & Company | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 134. Travelers Companies, Inc. | A | Dividend | | | Buy | 10/11/13 | J | | |
| 135. Travelers Companies, Inc. | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 136. Unilever NV | A | Dividend | | | Buy | 10/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Unilever NV | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 138. Visa, Inc. | A | Dividend | | | Buy | 10/11/13 | J | | |
| 139. Visa, Inc. | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 140. WPP PLC | A | Dividend | | | Buy | 10/11/13 | J | | |
| 141. WPP PLC | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 142. AIA Group Ltd. | | None | | | Buy | 10/11/13 | J | | |
| 143. AIA Group Ltd. | | None | | | Sold | 12/23/13 | J | A | |
| 144. Air Liquide SA | | None | | | Buy | 10/11/13 | J | | |
| 145. Air Liquide SA | | None | | | Sold | 12/23/13 | J | A | |
| 146. Albemarle Corp | | None | | | Buy | 10/11/13 | J | | |
| 147. Albemarle Corp | | None | | | Sold | 12/23/13 | J | A | |
| 148. Allianz SE | | None | | | Buy | 10/11/13 | J | | |
| 149. Allianz SE | | None | | | Sold | 12/23/13 | J | A | |
| 150. Altria Group Inc. | | None | | | Buy | 10/11/13 | J | | |
| 151. Altria Group Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 152. AstraZeneca PLC | | None | | | Buy | 10/11/13 | J | | |
| 153. AstraZeneca PLC | | None | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Atwood Oceanics, Inc. | | None | | | Buy | 10/11/13 | J | | |
| 155. Atwood Oceanics, Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 156. BCE Inc | | None | | | Buy | 10/11/13 | J | | |
| 157. BCE Inc | | None | | | Sold | 12/23/13 | J | A | |
| 158. CarMax, Inc. | | None | | | Buy | 10/11/13 | J | | |
| 159. CarMax, Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 160. Danaher Corporation | | None | | | Buy | 10/11/13 | J | | |
| 161. Danaher Corporation | | None | | | Sold | 12/23/13 | J | A | |
| 162. Dassault Systemes SA | | None | | | Buy | 10/11/13 | J | | |
| 163. Dassault Systemes SA | | None | | | Sold | 12/23/13 | J | A | |
| 164. DaVita HealthCare Partners Inc | | None | | | Buy | 10/11/13 | J | | |
| 165. DaVita HealthCare Partners Inc | | None | | | Sold | 12/23/13 | J | A | |
| 166. Deckers Outdoor Corporation | | None | | | Buy | 10/11/13 | J | | |
| 167. Deckers Outdoor Corporation | | None | | | Sold | 12/23/13 | J | A | |
| 168. Diageo PLC | | None | | | Buy | 10/11/13 | J | | |
| 169. Diageo PLC | | None | | | Sold | 12/23/13 | J | A | |
| 170. Dollar Tree Stores, Inc. | | None | | | Buy | 10/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Dollar Tree Stores, Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 172. Ecolab, Inc. | | None | | | Buy | 10/11/13 | J | | |
| 173. Ecolab, Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 174. Express Scripts | | None | | | Buy | 10/11/13 | J | | |
| 175. Express Scripts | | None | | | Sold | 12/23/13 | J | A | |
| 176. Fanuc Corp | | None | | | Buy | 10/11/13 | J | | |
| 177. Fanuc Corp | | None | | | Sold | 12/23/13 | J | A | |
| 178. Fluor Corporation | | None | | | Buy | 10/11/13 | J | | |
| 179. Fluor Corporation | | None | | | Sold | 12/23/13 | J | A | |
| 180. FMC Technologies, Inc. | | None | | | Buy | 10/11/13 | J | | |
| 181. FMC Technologies, Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 182. General Electric Co | | None | | | Buy | 10/11/13 | J | | |
| 183. General Electric Co | | None | | | Sold | 12/23/13 | J | A | |
| 184. Intuitive Surgical, Inc. | | None | | | Buy | 10/11/13 | J | | |
| 185. Intuitive Surgical, Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 186. JGC Corp. | | None | | | Buy | 10/11/13 | J | | |
| 187. JGC Corp. | | None | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  L'Oreal SA | | None | | | Buy | 10/11/13 | J | | |
| 189.  L'Oreal SA | | None | | | Sold | 12/23/13 | J | A | |
| 190.  Mead Johnson Nutrition Company | | None | | | Buy | 10/11/13 | J | | |
| 191.  Mead Johnson Nutrition Company | | None | | | Sold | 12/23/13 | J | A | |
| 192.  Merck & Co Inc | | None | | | Buy | 10/11/13 | J | | |
| 193.  Merck & Co Inc | | None | | | Sold | 12/23/13 | J | A | |
| 194.  Nestle SA | | None | | | Buy | 10/11/13 | J | | |
| 195.  Nestle SA | | None | | | Sold | 12/23/13 | J | A | |
| 196.  NewMarket Corporation | | None | | | Buy | 10/11/13 | J | | |
| 197.  NewMarket Corporation | | None | | | Sold | 12/23/13 | J | A | |
| 198.  Novo Nordisk A/S | | None | | | Buy | 10/11/13 | J | | |
| 199.  Novo Nordisk A/S | | None | | | Sold | 12/23/13 | J | A | |
| 200.  Philip Morris International, Inc. | | None | | | Buy | 10/11/13 | J | | |
| 201.  Philip Morris International, Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 202.  Pricesmart, Inc | | None | | | Buy | 10/11/13 | J | | |
| 203.  Pricesmart, Inc | | None | | | Sold | 12/23/13 | J | A | |
| 204.  Roche Holding AG | | None | | | Buy | 10/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Roche Holding AG | | None | | | Sold | 12/23/13 | J | A | |
| 206. Salesforce.com, Inc | | None | | | Buy | 10/11/13 | J | | |
| 207. Salesforce.com, Inc | | None | | | Sold | 12/23/13 | J | A | |
| 208. SAP AG | | None | | | Buy | 10/11/13 | J | | |
| 209. SAP AG | | None | | | Sold | 12/23/13 | J | A | |
| 210. Schlumberger NV | | None | | | Buy | 10/11/13 | J | | |
| 211. Schlumberger NV | | None | | | Sold | 12/23/13 | J | A | |
| 212. Stericycle, Inc. | | None | | | Buy | 10/11/13 | J | | |
| 213. Stericycle, Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 214. Taiwan Semiconductor Mfg | | None | | | Buy | 10/11/13 | J | | |
| 215. Taiwan Semiconductor Mfg | | None | | | Sold | 12/23/13 | J | A | |
| 216. Tempur Sealy International Inc | | None | | | Buy | 10/11/13 | J | | |
| 217. Tempur Sealy International Inc | | None | | | Sold | 12/23/13 | J | A | |
| 218. Tenet Healthcare Corp | | None | | | Buy | 10/11/13 | J | | |
| 219. Tenet Healthcare Corp | | None | | | Sold | 12/23/13 | J | A | |
| 220. Vodafone Group PLC | | None | | | Buy | 10/11/13 | J | | |
| 221. Vodafone Group PLC | | None | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Whole Foods Market, Inc. | | None | | | Buy | 10/11/13 | J | | |
| 223. Whole Foods Market, Inc. | | None | | | Sold | 12/23/13 | J | A | |
| 224. Conversant Inc (X) | | None | | | Sold | 11/08/13 | J | A | |
| 225. Yum Brands Inc (X) | A | Dividend | | | Sold | 12/06/13 | J | A | |
| 226. Gilead Sciences Inc | | None | | | Buy | 12/19/13 | J | | |
| 227. Gilead Sciences Inc | | None | | | Sold | 12/23/13 | J | A | |
| 228. Idexx Laboratories (X) | | None | | | Sold | 12/19/13 | J | A | |
| 229. 3M Co (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 230. Abbvie Inc (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 231. ACE Ltd (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 232. Anheuser-Busch InBev SA (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 233. Boeing Co (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 234. Brown-Forman Corporation (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 235. Bunge Ltd (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 236. Canadian National Railway Co (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 237. Coca-Cola Inc (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 238. Costco Wholesale Corporation (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. CVS Caremark Corp (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 240. Dominion Resource Inc (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 241. E.I. du Pont de Nemours & Company (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 242. Eaton Corporation PLC (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 243. Eaton Vance Corporation (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 244. Hasbro, Inc. (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 245. HSBC Holdings PLC (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 246. Itau Unibanco Holding SA (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 247. Kinder Morgan, Inc. (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 248. Lorillard, Inc. (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 249. Lowe's Companies Inc. (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 250. MeadWestvaco Corporation (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 251. MetLife Inc (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 252. NetApp, Inc. (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 253. ONEOK Inc (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 254. Pfizer Inc (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 255. Service Corporation International (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Time Warner Cable Inc (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 257. Wells Fargo & Co (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 258. Whirlpoll Corporation (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 259. Advent Software, Inc. (X) | | None | | | Sold | 12/23/13 | J | A | |
| 260. Amphenol Corp (X) | | None | | | Sold | 12/23/13 | J | A | |
| 261. Ansys, Inc. (X) | | None | | | Sold | 12/23/13 | J | A | |
| 262. ARM Holdings PLC (X) | | None | | | Sold | 12/23/13 | J | A | |
| 263. Baidu, Inc. (X) | | None | | | Sold | 12/23/13 | J | A | |
| 264. Banco Bilbao Vizcaya Argentaria SA (X) | | None | | | Sold | 12/23/13 | J | A | |
| 265. Bayerische Motoren Werke AG (X) | | None | | | Sold | 12/23/13 | J | A | |
| 266. BG Group PLC (X) | | None | | | Sold | 12/23/13 | J | A | |
| 267. Cabela's, Inc. (X) | | None | | | Sold | 12/23/13 | J | A | |
| 268. Cognizant Technology Solutions (X) | | None | | | Sold | 12/23/13 | J | A | |
| 269. Covance, Inc (X) | | None | | | Sold | 12/23/13 | J | A | |
| 270. Fossil Group Inc (X) | | None | | | Sold | 12/23/13 | J | A | |
| 271. Fresenius Medical Care AG & Co (X) | | None | | | Sold | 12/23/13 | J | A | |
| 272. Genpact Ltd. (X) | | None | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Genuine Parts Company (X) | | None | | | Sold | 12/23/13 | J | A | |
| 274. Google Inc (X) | | None | | | Sold | 12/23/13 | J | A | |
| 275. ICICI Bank Ltd (X) | | None | | | Sold | 12/23/13 | J | A | |
| 276. Kimberly-Clark Corporation (X) | | None | | | Sold | 12/23/13 | J | A | |
| 277. Kinder Morgan Management LLC (X) | | None | | | Sold | 12/23/13 | J | A | |
| 278. MBIA Inc (X) | | None | | | Sold | 12/23/13 | J | A | |
| 279. Old Dominion Freight Lines (X) | | None | | | Sold | 12/23/13 | J | A | |
| 280. Schneider Electric (X) | | None | | | Sold | 12/23/13 | J | A | |
| 281. Sysmex Corporation (X) | | None | | | Sold | 12/23/13 | J | A | |
| 282. Unicharm Corp (X) | | None | | | Sold | 12/23/13 | J | A | |
| 283. Union Pacific Corp (X) | | None | | | Sold | 12/23/13 | J | A | |
| 284. White Mountains Insurance (X) | | None | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Although not required, I am reporting the following: I own a 1.1% limited partnership interest in Mt. Blue Ltd. Partners which owns a 2.73% interest in another entity, the Shopping Center Partnership. I did not reported this interest until 2010r because, during my entire tenure, it has never had a value of $1,000 or more. In other words, there has not been a secondary market for my interest at any time during my service as a District Judge. However, it carries the potential for a tax liability (the amount of which and timing I cannot predict). Although I am not obligated to report this interest as an asset, I am continuing to report it in an abundance of caution because under the current economic conditions, I am concerned that some tax liability could arise in connection with the interest. It should be noted, however, that I have no information from the general partner and no information regarding the partnership from any other source that suggests any current tax liability exposure; I am relying simply on my knowledge of current economic conditions, my understanding of the tax liabilites that can be associated with limited partnership interests generally and my knowledge of the history of these entities.

In preparing this report, I discovered errors in Part VII of my calendar year 2013 report as follows:

On January 4, 2010, my Allianz Franklin Valuemark IV deferred variable annuity contract, originally purchased in 2003, was renamed to MetLife Vintage 3 due to a business acquisition by MetLife. I am reporting this as a disposition of the Franklin Valuemark IV annuity and acquisition of the MetLife Vintage 3 annuity as of 1/1/2013 even though this was only a name change of the product and sponsoring insurance company.

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA | 04/17/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ URSULA UNGARO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544